**Monte J. White & Associates, P.C.**
1106 Brook Ave.
Wichita Falls, TX 76301

Phone: (940) 723-0099
Bar Number: 00785232

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:                                    §
 (H)  **Russell Wayne Henry**            §        CASE NO:
 (W)  **Cynthia Gail Henry**             §
              Debtor(s)                   §
                                          §

FOR CLERK'S USE ONLY

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN          DATED: **1/5/2004**_____.

| TRUSTEE'S NOTES: | | | |
|---|---|---|---|
| | | Date Case Filed | |
| | | Type of Payment  1=Annual, 2=Semi-Annual  4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **2/19/2004** |
| H&W Monthly Take Home Pay | **$3,429.84** | Periodic Payment Amount | **$1,050.00** |
| Less Expenses | **$2,379.84** | Number of Plan Payments | **60 months** |
| Equals Surplus | **$1,050.00** | Equals Base Plan Amount | **$63,000.00** |
| | | Calculated Amount | **$63,000.00** |

| | | | |
|---|---|---|---|
| Total Debtor Attorney Fees | **$2,000.00** | Noticing Fees: # of Notices X 1  The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | **31** |
| Attorney Fees paid by Trustee  (Gross amount paid including interest, if any) | **$1,825.00** | Rate | **$1.05** |
| Total Filing Fees of__$194.00__ with | **$0.00**  paid by Trustee | Total Noticing Fees | **$32.55** |

### HOME MORTGAGE:

Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on_____**N/A**_____.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| **(None)** | | | | | | |

### SECURED CREDITORS:

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Ford Motor Credit | 1997 Ford Escort | $3,368.00 | $1,000.00 | 4% | 1-59 | 59 | 1 | $18.68 Avg. |
| First Bank | Homestead | $80,000.00 | $80,000.00 | 6% | N/A | N/A | 0 | $830.45 (Direct) |

*CD.......  0 = Direct or Surrender, 1 = Paid by Trustee    (Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Russell Wayne Henry**
(W) **Cynthia Gail Henry**
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 2*

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |
| | | | No |

## PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Internal Revenue Service | $0.00 | $52,306.01 | 0% | 1-59 | 59 | $886.54 Avg. |

## SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated ____**6%**___ of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| Arcadia Financial Ltd | | $100.00 |
| Associates National Bank | | $496.12 |
| Capital One | | $434.49 |
| Capital One | | $560.69 |
| Capital One | | $965.53 |
| CCCS | | $15.00 |
| Chevron | | $126.34 |
| Citibank | | $1,649.12 |
| Citibank | | $976.58 |
| Dillards National Bank | | $1,739.72 |
| Fina | | $467.12 |
| Ford Credit | | $3,219.58 |
| Ford Motor Credit | *Deficiency* | $2,368.00 |
| J C Penney | | $26.42 |
| Jewelers National Bank/Zales | | $0.00 |
| Lacks Furniture | | $50.00 |
| Lowe's | | $40.00 |
| MBNA | | $5,000.00 |
| Mitsubishi Motors Credit of America | | $1,000.00 |
| Providian | | $2,258.29 |
| Sam's | | $200.00 |
| Sears, Roebuck and Company | | $754.18 |
| Shell | | $200.00 |
| Target | | $203.96 |
| Target | | $235.04 |
| Texaco | | $0.00 |
| Wichita Falls Teachers Federal CU | | $2,000.00 |
| Zales Jewelry | | $200.00 |
| | Total Unsecured Debt ---> | **$25,286.18** |

The total of all unsecured debt, including deficiencies is _____**$25,286.18**___ with _____**$1,437.45**___ paid to the unsecured creditors.

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H)  **Russell Wayne Henry**      **DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**                    *Page 3*

(W)  **Cynthia Gail Henry**

(C#)

## COMPUTATION OF REQUIRED PLAN PAYMENTS:

| | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---|---|
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $32.55 | $32.55 |
| Debtor Attorney Fees | $1,825.00 | $1,825.00 |
| Home Mortgage Arrears | $0.00 | $0.00 |
| Secured Claims | $1,000.00 | $1,102.25 |
| Priority Claims | $52,306.01 | $52,306.01 |
| Special Class Unsecured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $25,286.18 | $1,437.45 |
| **Totals** | **$80,449.74** | **$56,703.26** |

| | | | |
|---|---|---|---|
| With Zero to Unsecureds | $61,562.55 | Trustee Fees <br> ___10___ % of Total Payments (less filing & noticing fees) | $6,296.75 |
| Base Plan Amount | $63,000.00 | | |
| Available for Unsecureds | $1,437.45 | Total Payments <br> Total distribution + Trustee Fees + Filing & Notice Fees | $63,000.01 |
| Unsecured Percentage <br> Computed on Base Plan Amount | 6% | Required Periodic Payment <br> to Achieve Unsecured Percentage | $1,050.00 |

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H)  **Russell Wayne Henry**
(W)  **Cynthia Gail Henry**
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 4*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED:_01/05/2004_____

_**/s/ Monte J White**_____
**Monte J White**

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Monte J. White & Associates, P.C.**
1106 Brook Ave.
Wichita Falls, TX 76301

Phone: (940) 723-0099
Bar Number: 00785232

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| **Russell Wayne Henry** | § | CASE NO: | |
| **Cynthia Gail Henry** | § | | |
| Debtor(s) | § | | |
| | § | | |

FOR CLERK'S USE ONLY

## AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT   DATED: **1/5/2004**_____.

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with Standing Order Number 93-1, as indicated below:

| | | |
|---|---|---|
| Periodic Payment Amount | | **$1,050.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Related Expense to Trustee | $104.50 | $105.00 |
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $32.55 | $0.00 |
| **Subtotal Expenses/Fees** | **$142.05** | **$105.00** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims from First and Second Disbursements: | **$907.95** | **$945.00** |

## SECURED CREDITORS:

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| Ford Motor Credit | 1997 Ford Escort | $3,368.00 | $1,000.00 | 1.25% | $12.50 |
| Internal Revenue Service | N/A | $52,306.01 | N/A | 1.25% | $653.83 |

| | |
|---|---|
| Total Adequate Protection Payments: | **$666.33** |
| Funds Available For Debtor's Attorney First Disbursement: | **$241.62** |
| Funds Available For Debtor's Attorney Future Disbursements: | **$278.67** |
| Estimated Number of Months to Pay all Attorney Fees: | **7** |
| Available For Secured Creditors as Authorized Above After Debtor's Attorney Fees are Paid in Full: | **$945.00**** |

ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS WILL AUTOMATICALLY INCREASE TO PLAN PAYMENT AMOUNTS IF ATTORNEY'S FEES ARE PAID IN FULL OR $1,500.00 IS PAID AND $500.00 IS RESERVED PRIOR TO CONFIRMATION.  ANY EXCESS FUNDS WILL BE PAID TO UNDISPUTED PRIORITY AND/OR SPECIAL CLASS UNSECURED CLAIMS.

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Russell Wayne Henry**  **AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT**                    **Page 2**
(W) **Cynthia Gail Henry**
(C#)

---

☐ **PROPOSED, AUTHORIZED, REQUESTED AND ACKNOWLEDGED BY DEBTORS:**

☐ **DEBTOR(S) DECLINE(S) AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT:**

DATED:__**01/05/2004**_____

__**/s/ Monte J White**_____        _____
Attorney for Debtor(s)                                                              Trustee, Attorney for Trustee or Trustee's Representative

---

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*